UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Francis Lee Summers, III, individually and       :
On behalf of all others similarly situated,      :     No. 07-Civ-11615 (UA)
                                                 :
                        Plaintiffs,              :
                                                 :
            v.                                   :
                                                 :
MERRILL LYNCH & CO., INC.; STAN                  :
O'NEAL; LOU DIMARIA; INVESTMENT                  :
COMMITTEE OF THE MERRILL LYNCH                   :
SAVINGS AND INVESTMENT PLAN;                     :
ADMINISTRATIVE COMMITTEE OF THE                  :
MERRILL LYNCH SAVINGS AND                        :
INVESTMENT PLAN; and JOHN DOES 1 - 30,           :
                                                 :
                        Defendants.              :
                                                 :
---------------------------------------------------------------x

*[additional captions follow]*

## PLAINTIFF FRANCIS LEE SUMMERS III'S MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL FOR THE CLASS

| ABBEY SPANIER RODD & ABRAMS, LLP | SPECTOR ROSEMAN & KODROFF, P.C. | STEMBER FEINSTEIN DOYLE & PAYNE, LLC |
|---|---|---|
| Jill S. Abrams | Robert M. Roseman | William T. Payne |
| 212 East 39th Street | Theodore M. Lieverman. | Ellen M. Doyle |
| New York, NY 10016 | Andrew D. Abramowitz | 1007 Mt. Royal Blvd |
| Telephone: (212) 889-3700 | David Felderman | Pittsburgh, PA 15223 |
| Facsimile: (212) 624-5191 | 1818 Market St., Ste. 2500 | Telephone: (412) 338-1445 |
| | Philadelphia, Pa. 19103 | Facsimile: (412) 492-8978 |
| | Telephone: (215) 496-0300 | |
| | Facsimile: (215) 496-6611 | |

*Counsel for Plaintiff Francis Lee Summers, III
and Proposed Interim Co-Lead Counsel for the Class*

---------------------------------------------------x
ELIZABETH ESTEY, individually and on      :
behalf of all others similarly situated,           :
                                                                  :
                          Plaintiffs,               :     **Case No. 07-Civ-10268 (LBS)**
                                                                  :
            v.                                              :
                                                                  :
MERRILL LYNCH & CO., INC.,                   :
E. STANLEY O'NEAL, CAROL T.              :
CHRIST, ARMANDO M. CODINA,            :
VIRGIS W. COLBERT, JILL K.                  :
CONWAY, ALBERTO CRIBIORE,             :
JOHN D. FINNEGAN, JUDITH                  :
MAYHEW JONAS, DAVID K.                    :
NEWBIGGING, AULANA L. PETERS,      :
JOSEPH W. PRUEHER, ANN N. REESE, :
CHARLES O. ROSSOTTI, LOUIS              :
DIMARIA, PETER STINGI and JOHN      :
AND JANE DOES 1-20,                            :
                                                                  :
                         Defendants.              :
---------------------------------------------------x
---------------------------------------------------x
MARY GIDARO, individually and on          :
behalf of all others similarly situated,           :
                                                                  :
                          Plaintiffs,               :     **Case No. 07-Civ-10273 (LBS)**
                                                                  :
            v.                                              :
                                                                  :
MERRILL LYNCH & CO., INC.,                   :
E. STANLEY O'NEAL, CAROL T.              :
CHRIST, ARMANDO M. CODINA,            :
VIRGIS W. COLBERT, JILL K.                  :
CONWAY, ALBERTO CRIBIORE,             :
JOHN D. FINNEGAN, JUDITH                  :
MAYHEW JONAS, DAVID K.                    :
NEWBIGGING, AULANA L. PETERS,      :
JOSEPH W. PRUEHER, ANN N. REESE, :
CHARLES O. ROSSOTTI, LOUIS              :
DIMARIA, PETER STINGI and JOHN      :
AND JANE DOES 1-20,                            :
                                                                  :
                         Defendants.              :
---------------------------------------------------x

```
-----------------------------------------------------x
TARA MOORE, individually and on                      :
behalf of all others similarly situated,             :
                                                     :
                        Plaintiffs,                  :    Case No. 07-Civ-10398 (DC)
                                                     :
        v.                                           :
                                                     :
MERRILL LYNCH & CO., INC.,                           :
E. STANLEY O'NEAL, CAROL T.                          :
CHRIST, ARMANDO M. CODINA,                           :
VIRGIS W. COLBERT, JILL K.                           :
CONWAY, ALBERTO CRIBIORE,                            :
JOHN D. FINNEGAN, JUDITH                             :
MAYHEW JONAS, DAVID K.                               :
NEWBIGGING, AULANA L. PETERS,                        :
JOSEPH W. PRUEHER, ANN N. REESE,                     :
CHARLES O. ROSSOTTI, LOUIS                           :
DIMARIA, PETER STINGI and JOHN                       :
AND JANE DOES 1-20,                                  :
                                                     :
                        Defendants.                  :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
GREGORY YASHGUR, individually and                    :
on behalf of all others similarly situated,          :
                                                     :
                        Plaintiffs,                  :    Case No. 07-Civ-10569 (JSR)
                                                     :
        v.                                           :
                                                     :
MERRILL LYNCH & CO., INC.,                           :
E. STANLEY O'NEAL, CAROL T.                          :
CHRIST, ARMANDO M. CODINA,                           :
VIRGIS W. COLBERT, JILL K.                           :
CONWAY, ALBERTO CRIBIORE,                            :
JOHN D. FINNEGAN, JUDITH                             :
MAYHEW JONAS, DAVID K.                               :
NEWBIGGING, AULANA L. PETERS,                        :
JOSEPH W. PRUEHER, ANN N. REESE,                     :
CHARLES O. ROSSOTTI, LOUIS                           :
DIMARIA, PETER STINGI and JOHN                       :
AND JANE DOES 1-20,                                  :
                        Defendants.                  :
-----------------------------------------------------x
```

```
-------------------------------------------------------x
CHRISTINE DONLON, individually and              :
on behalf of all others similarly situated,     :
                                                :
                    Plaintiffs,                 :       Case No. 07-Civ-10661(CM)
                                                :
       v.                                       :
                                                :
MERRILL LYNCH & CO., INC.,                      :
E. STANLEY O'NEAL, CAROL T.                     :
CHRIST, ARMANDO M. CODINA,                      :
VIRGIS W. COLBERT, JILL K.                      :
CONWAY, ALBERTO CRIBIORE,                       :
JOHN D. FINNEGAN, JUDITH                        :
MAYHEW JONAS, DAVID K.                          :
NEWBIGGING, AULANA L. PETERS,                   :
JOSEPH W. PRUEHER, ANN N. REESE,                :
CHARLES O. ROSSOTTI, LOUIS                      :
DIMARIA, PETER STINGI and JOHN                  :
AND JANE DOES 1-20,                             :
                                                :
                    Defendants.                 :
-------------------------------------------------------x
-------------------------------------------------------x
CARL ESPOSITO, individually and                 :
On behalf of all others similarly situated,     :
                                                :
                    Plaintiffs,                 :       Case No. 07-Civ-10687 (JGK)
       v.                                       :
                                                :
MERRILL LYNCH & CO., INC.,                      :
E. STANLEY O'NEAL, CAROL T.                     :
CHRIST, ARMANDO M. CODINA,                      :
VIRGIS W. COLBERT, JILL K.                      :
CONWAY, ALBERTO CRIBIORE,                       :
JOHN D. FINNEGAN, JUDITH                        :
MAYHEW JONAS, DAVID K.                          :
NEWBIGGING, AULANA L. PETERS,                   :
JOSEPH W. PRUEHER, ANN N. REESE,                :
CHARLES O. ROSSOTTI, LOUIS                      :
DIMARIA, PETER STINGI and JOHN                  :
AND JANE DOES 1-20,                             :
                                                :
                    Defendants.                 :
-------------------------------------------------------x
```

---------------------------------------------------------x
SEAN SHAUGHNESSEY, individually and :
on behalf of all others similarly situated, :
:
                Plaintiffs, :       Case No. 07-Civ-10710 (GEL)
:
v. :
:
MERRILL LYNCH & CO., INC., :
E. STANLEY O'NEAL, CAROL T. :
CHRIST, ARMANDO M. CODINA, :
VIRGIS W. COLBERT, JILL K. :
CONWAY, ALBERTO CRIBIORE, :
JOHN D. FINNEGAN, JUDITH :
MAYHEW JONAS, DAVID K. :
NEWBIGGING, AULANA L. PETERS, :
JOSEPH W. PRUEHER, ANN N. REESE, :
CHARLES O. ROSSOTTI, LOUIS :
DIMARIA, PETER STINGI and JOHN :
AND JANE DOES 1-20, :
:
                Defendants. :
:
---------------------------------------------------------x
---------------------------------------------------------x
BARBARA BOLAND, individually and :
on behalf of all others similarly situated, :
:
                Plaintiffs, :       Case No. 07-Civ-11054 (MGC)
v. :
:
MERRILL LYNCH & CO., INC., :
E. STANLEY O'NEAL, CAROL T. :
CHRIST, ARMANDO M. CODINA, :
VIRGIS W. COLBERT, JILL K. :
CONWAY, ALBERTO CRIBIORE, :
JOHN D. FINNEGAN, JUDITH :
MAYHEW JONAS, DAVID K. :
NEWBIGGING, AULANA L. PETERS, :
JOSEPH W. PRUEHER, ANN N. REESE, :
CHARLES O. ROSSOTTI, LOUIS :
DIMARIA, PETER STINGI and JOHN :
AND JANE DOES 1-20, :
:
                Defendants. :
---------------------------------------------------------x

**PLEASE TAKE NOTICE** that in consideration of the Motion of Plaintiff, Francis Lee Summers, III, to Consolidate and For Appointment of Interim Co-Lead Counsel for the Class, the Memorandum of Law in support thereof, and the Affidavit of Jill S. Abrams, Plaintiff, Francis Lee Summers, III, will move this Court, on February 21, 2008 at 2:15pm or on a date and time to be set by the Court, before the Honorable Leonard B. Sand, at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 15-A, for an Order consolidating the above-captioned actions and appointing Spector, Roseman & Kodroff, P.C. and Stember Feinstein Doyle & Payne, LLC as Interim Co-Lead Counsel, and Abbey Spanier Rodd & Abrams, LLP as Interim Liaison Counsel.

This Motion is based on the accompanying Memorandum of Law, the Affidavit of Jill S. Abrams, and all papers and pleadings on file in this and the related cases filed with this Court.

DATED:      January 11, 2008                Respectfully submitted,

By: _____
Jill S. Abrams
jabrams@abbeyspanier.com
ABBEY SPANIER RODD
& ABRAMS, LLP
212 E. 39th Street
New York, NY 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

1

Robert M. Roseman
rroseman@srk-law.com
Theodore M. Lieverman
tlieverman@srk-law.com
Andrew D. Abramowitz
aabramowitz@srk-law.com
David Felderman
dfelderman@srk-law.com
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

William T. Payne
wpayne@stemberfeinstein.co
**STEMBER, FEINSTEIN, DOYLE & PAYNE, LLC**
Pittsburgh North Office
1007 Mt. Royal Boulevard
Pittsburgh, PA 15223
Tel: (412) 492-8797
Fax: (412) 492-8978

Ellen M. Doyle
edoyle@stemberfeinstein.com
**STEMBER FEINSTEIN DOYLE & PAYNE, LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 338-1445
Fax: (412) 232-3730

*Attorneys for Plaintiff Francis Lee Summers, III, and Proposed Interim Co-Lead Counsel for the Class*