## CERTIFICATE OF SERVICE

I, Carolyn Davila, hereby certify that on January 11, 2008, I caused the following documents to be served upon the persons/entities listed on the attached service list via electronic mail and the ECF filing rules:

PLAINTIFF FRANCIS LEE SUMMERS III'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL FOR THE CLASS

[PROPOSED] ORDER

PLAINTIFF FRANCIS LEE SUMMERS III'S MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL FOR THE CLASS

DECLARATION OF JILL S. ABRAMS IN SUPPORT OF PLAINTIFF FRANCIS LEE SUMMERS III'S MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL FOR THE CLASS

Jack Gerald Fruchter
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 1910
New York, NY 10119
212-279-5050
Fax: 212 279-3655
Email: JFruchter@FruchterTwersky.com

Samuel Howard Rudman
David Avi Rosenfeld
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@csgrr.com

Ralph M. Stone
Thomas George Ciarlone, Jr
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4340
Fax: (212) 239-4310
Email: rstone@lawssb.com
Email: tciarlone@lawssb.com

Arvind Khurana
Lori Gwen Feldman
Milberg Weiss Bershad & Schulman LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
(212) 631-8615
Fax: (212) 656-1222
Email: akhurana@milbergweiss.com
E-mail: lfeldman@milbergweiss.com

.

_____
Carolyn Davila

## SERVICE LIST

Lynda J. Grant, Esq.
**Cohen, Milstein, Hausfeld
& Toll, P.L.L.C.**
150 East 52nd Street, Thirtieth Floor
New York, NY 10022
P: (212) 838-7797
lgrant@cmht.com

*Representing Carl Esposito, Anna Molin, and Barbara Boland*

Robert I. Harwood, Esq.
Samuel Kenneth Rosen, Esq.
**Harwood Feffer LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
P: (212) 935-7400
F: (212) 753-3630
rharwood@hfesq.com
srosen@hfesq.com

*Representing Christine Donlon*

Tyler L. Farmer, Esq.
Derek W. Loeser, Esq.
Erin M. Riley, Esq.
Lynn Lincoln Sarko, Esq.
**Keller Rohrback LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
P: (206) 623-1900
F: (206) 623-3384
tfarmer@kellerrohrback.com
dloeser@kellerrohrback.com
eriley@kellerrohrback.com
lsarko@kellerrohrback.com

*Representing Carl Esposito*

William Edward Bernarduci, Esq.
Robert A. Izard, Esq.
**Schatz Nobel Izard P.C.**
20 Church Street, Suite 1700
Hartford, CT 06103
P: (860) 493-6289
F: (860) 493-6290
wbernarduci@snlaw.net
rizard@snlaw.net

*Representing Sean Shaughnessey*

Katherine B. Bornstein, Esq.
Edward W. Ciolko, Esq.
Joseph H. Meltzer, Esq.
Joseph A. Weeden, Esq.
**Schiffrin, Barroway, Topaz
& Kessler, LLP**
280 King of Prussia Road
Radnor, PA 19087
P: (610) 667-7706
F: (610) 667-7056
kbornstein@sbclasslaw.com
eciolko@sbclasslaw.com
jmeltzer@sbclasslaw.com
jweeden@sbclasslaw.com

*Representing Elizabeth Estey and Tara Moore*

Jay B. Kasner, Esq.
**Skadden, Arps Slate, Meagher
 & Flom LLP**
Four Times Square
New York, NY 10036
P: (212) 735-2628
F: (212) 777-2628
jkasner@skadden.com

*Representing Merrill Lynch & Co.*


Edwin J. Mills, Esq.
**Stull Stull & Brody**
6 East 45th Street, 5th Floor
New York, NY 10017
P: (212) 687-7230
F: (212) 490-2022
ssbny@aol.com

*Representing Gregory Yashgur*


Wai Kin Chan, Esq.
**Law Office of Curtis V. Trinko LLP**
16 West 46th Street, 7th Floor
New York, NY 10036
P: (212) 490-9550
F: (212) 986-0158
kchan@trinko.com

*Representing Elizabeth Estey*

-4-