UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Francis Lee Summers, III, individually and
On behalf of all others similarly situated,         :      No. 07 Civ 11615 (UA)
                                                    :
                          Plaintiffs,               :
                                                    :
          v.                                        :
                                                    :
MERRILL LYNCH & CO., INC.; STAN                     :
O'NEAL; LOU DIMARIA; INVESTMENT                     :
COMMITTEE OF THE MERRILL LYNCH                      :
SAVINGS AND INVESTMENT PLAN;                        :
ADMINISTRATIVE COMMITTEE OF THE                     :
MERRILL LYNCH SAVINGS AND                           :
INVESTMENT PLAN; and JOHN DOES 1 - 30,              :
                                                    :
                          Defendants.               :
                                                    :
------------------------------------------------------------x

[*additional captions follow*]

## PLAINTIFF FRANCIS LEE SUMMERS III'S
## SUPPLEMENTAL MEMORANDUM OF LAW ON APPOINTMENT
## OF INTERIM LEAD COUNSEL FOR THE CLASS

| ABBEY SPANIER RODD & ABRAMS, LLP | SPECTOR ROSEMAN & KODROFF, P.C. | STEMBER FEINSTEIN DOYLE & PAYNE, LLC |
|---|---|---|
| Jill S. Abrams | Robert M. Roseman | William T. Payne |
| 212 East 39th Street | Theodore M. Lieverman. | Ellen M. Doyle |
| New York, NY 10016 | Andrew D. Abramowitz | 1007 Mt. Royal Blvd |
| Telephone: (212) 889-3700 | David Felderman | Pittsburgh, PA 15223 |
| Facsimile: (212) 624-5191 | 1818 Market St., Ste. 2500 | Telephone: (412) 338-1445 |
| | Philadelphia, Pa. 19103 | Facsimile: (412) 492-8978 |
| | Telephone: (215) 496-0300 | |
| | Facsimile: (215) 496-6611 | |

*Counsel for Plaintiff Francis Lee Summers, III*

---------------------------------------------------------x
                                                             :

ELIZABETH ESTEY, individually and on  :
behalf of all others similarly situated,  :
                                                             :

                Plaintiffs,            :            No. 07 Civ. 10268 (LBS)

      v.                                           :

MERRILL LYNCH & CO., INC.,        :
E. STANLEY O'NEAL, CAROL T.       :
CHRIST, ARMANDO M. CODINA,      :
VIRGIS W. COLBERT, JILL K.          :
CONWAY, ALBERTO CRIBIORE,       :
JOHN D. FINNEGAN, JUDITH           :
MAYHEW JONAS, DAVID K.             :
NEWBIGGING, AULANA L. PETERS,   :
JOSEPH W. PRUEHER, ANN N. REESE, :
CHARLES O. ROSSOTTI, LOUIS        :
DIMARIA, PETER STINGI and JOHN    :
AND JANE DOES 1-20,                 :

               Defendants.          :
---------------------------------------------------------x
                                                           :

MARY GIDARO, individually and on    :
behalf of all others similarly situated,  :

                Plaintiffs,            :            No. 07 Civ. 10273 (LBS)

      v.                                           :

MERRILL LYNCH & CO., INC.,        :
E. STANLEY O'NEAL, CAROL T.       :
CHRIST, ARMANDO M. CODINA,      :
VIRGIS W. COLBERT, JILL K.          :
CONWAY, ALBERTO CRIBIORE,       :
JOHN D. FINNEGAN, JUDITH           :
MAYHEW JONAS, DAVID K.             :
NEWBIGGING, AULANA L. PETERS,   :
JOSEPH W. PRUEHER, ANN N. REESE, :
CHARLES O. ROSSOTTI, LOUIS        :
DIMARIA, PETER STINGI and JOHN    :
AND JANE DOES 1-20,                 :

               Defendants.         :

```
-----------------------------------------------x
                                               :
TARA MOORE, individually and on                :
behalf of all others similarly situated,       :
                                               :
                  Plaintiffs,                  :      No. 07 Civ. 10398 (DC)
         v.                                    :
                                               :
MERRILL LYNCH & CO., INC.,                     :
E. STANLEY O'NEAL, CAROL T.                    :
CHRIST, ARMANDO M. CODINA,                     :
VIRGIS W. COLBERT, JILL K.                     :
CONWAY, ALBERTO CRIBIORE,                      :
JOHN D. FINNEGAN, JUDITH                       :
MAYHEW JONAS, DAVID K.                         :
NEWBIGGING, AULANA L. PETERS,                  :
JOSEPH W. PRUEHER, ANN N. REESE,               :
CHARLES O. ROSSOTTI, LOUIS                     :
DIMARIA, PETER STINGI and JOHN                 :
AND JANE DOES 1-20,                            :
                                               :
                  Defendants.                  :
                                               :
-----------------------------------------------x
                                               :
GREGORY YASHGUR, individually and              :
on behalf of all others similarly situated,    :
                                               :
                  Plaintiffs,                  :      No. 07 Civ. 10569 (JSR)
         v.                                    :
                                               :
MERRILL LYNCH & CO., INC.,                     :
E. STANLEY O'NEAL, CAROL T.                    :
CHRIST, ARMANDO M. CODINA,                     :
VIRGIS W. COLBERT, JILL K.                     :
CONWAY, ALBERTO CRIBIORE,                      :
JOHN D. FINNEGAN, JUDITH                       :
MAYHEW JONAS, DAVID K.                         :
NEWBIGGING, AULANA L. PETERS,                  :
JOSEPH W. PRUEHER, ANN N. REESE,               :
CHARLES O. ROSSOTTI, LOUIS                     :
DIMARIA, PETER STINGI and JOHN                 :
AND JANE DOES 1-20,                            :
                                               :
                  Defendants.                  :
                                               :
```

```
-------------------------------------------------x
                                                 :
CHRISTINE DONLON, individually and               :
on behalf of all others similarly situated,      :
                                                 :
                        Plaintiffs,              :    No. 07 Civ. 10661(CM)
        v.                                       :
                                                 :
MERRILL LYNCH & CO., INC.,                       :
E. STANLEY O'NEAL, CAROL T.                      :
CHRIST, ARMANDO M. CODINA,                       :
VIRGIS W. COLBERT, JILL K.                       :
CONWAY, ALBERTO CRIBIORE,                        :
JOHN D. FINNEGAN, JUDITH                         :
MAYHEW JONAS, DAVID K.                           :
NEWBIGGING, AULANA L. PETERS,                    :
JOSEPH W. PRUEHER, ANN N. REESE,                 :
CHARLES O. ROSSOTTI, LOUIS                       :
DIMARIA, PETER STINGI and JOHN                   :
AND JANE DOES 1-20,                              :
                                                 :
                        Defendants.              :
-------------------------------------------------x
                                                 :
CARL ESPOSITO, individually and                  :
On behalf of all others similarly situated,      :
                                                 :
                        Plaintiffs,              :    No. 07 Civ. 10687 (JGK)
                                                 :
        v.                                       :
                                                 :
MERRILL LYNCH & CO., INC.,                       :
E. STANLEY O'NEAL, CAROL T.                      :
CHRIST, ARMANDO M. CODINA,                       :
VIRGIS W. COLBERT, JILL K.                       :
CONWAY, ALBERTO CRIBIORE,                        :
JOHN D. FINNEGAN, JUDITH                         :
MAYHEW JONAS, DAVID K.                           :
NEWBIGGING, AULANA L. PETERS,                    :
JOSEPH W. PRUEHER, ANN N. REESE,                 :
CHARLES O. ROSSOTTI, LOUIS                       :
DIMARIA, PETER STINGI and JOHN                   :
AND JANE DOES 1-20,                              :
                                                 :
                        Defendants.              :
                                                 :
```

```
-----------------------------------------x
                                         :
SEAN SHAUGHNESSEY, individually and      :
on behalf of all others similarly situated, :
                                         :
              Plaintiffs,                :    No. 07 Civ. 10710 (GEL)
      v.                                 :
                                         :
MERRILL LYNCH & CO., INC.,               :
E. STANLEY O'NEAL, CAROL T.              :
CHRIST, ARMANDO M. CODINA,               :
VIRGIS W. COLBERT, JILL K.               :
CONWAY, ALBERTO CRIBIORE,                :
JOHN D. FINNEGAN, JUDITH                 :
MAYHEW JONAS, DAVID K.                   :
NEWBIGGING, AULANA L. PETERS,            :
JOSEPH W. PRUEHER, ANN N. REESE,         :
CHARLES O. ROSSOTTI, LOUIS               :
DIMARIA, PETER STINGI and JOHN           :
AND JANE DOES 1-20,                      :
                                         :
              Defendants.                :
-----------------------------------------x
                                         :
BARBARA BOLAND, individually and         :
On behalf of all others similarly situated, :
                                         :
              Plaintiffs,                :    No. 07 Civ. 11054 (MGC)
                                         :
      v.                                 :
                                         :
MERRILL LYNCH & CO., INC.,               :
E. STANLEY O'NEAL, CAROL T.              :
CHRIST, ARMANDO M. CODINA,               :
VIRGIS W. COLBERT, JILL K.               :
CONWAY, ALBERTO CRIBIORE,                :
JOHN D. FINNEGAN, JUDITH                 :
MAYHEW JONAS, DAVID K.                   :
NEWBIGGING, AULANA L. PETERS,            :
JOSEPH W. PRUEHER, ANN N. REESE,         :
CHARLES O. ROSSOTTI, LOUIS               :
DIMARIA, PETER STINGI and JOHN           :
AND JANE DOES 1-20,                      :
                                         :
              Defendants.                :
-----------------------------------------x
```

Plaintiff, Francis Lee Summers, III, by his counsel, hereby withdraws his motion (Docket No. 3) to appoint the undersigned as interim co-lead counsel. Plaintiff Summers has determined to strongly support the applications of Shalov Stone Bonner & Rocco LLP, and Harwood Feffer, LLP as co-lead counsel for the ERISA actions captioned above.

Plaintiff Summers believes that the interests of the putative class are best represented in this instance by all counsel working cooperatively under the leadership of these two firms.

Accordingly, Plaintiff respectfully withdraws his motion (Docket No. 3) to appoint the undersigned as interim co-lead counsel and supports the applications made by Shalov Stone Bonner & Rocco LLP, and Harwood Feffer, LLP.

DATED: February 11, 2008

Respectfully submitted,

By: _____
Jill S. Abrams
jabrams@abbeyspanier.com
ABBEY SPANIER RODD
& ABRAMS, LLP
212 E. 39th Street
New York, NY 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

Robert M. Roseman (RR-1103)
rroseman@srk-law.com
Theodore M. Lieverman
tlieverman@srk-law.com
Andrew D. Abramowitz
aabramowitz@srk-law.com
David Felderman
dfelderman@srk-law.com
**SPECTOR ROSEMAN
 & KODROFF, P.C.**
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Tel:  (215) 496-0300
Fax: (215) 496-6611

William T. Payne
wpayne@stemberfeinstein.com
**STEMBER, FEINSTEIN, DOYLE
 & PAYNE,  LLC**
Pittsburgh North Office
1007 Mt. Royal Boulevard
Pittsburgh, PA 15223
Tel: (412) 492-8797
Fax: (412) 492-8978

Ellen M. Doyle
edoyle@stemberfeinstein.com
**STEMBER FEINSTEIN DOYLE
 & PAYNE, LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Tel: (412) 338-1445
Fax: (412) 232-3730

*Attorneys for Plaintiff
Francis Lee Summers, III*

**CERTIFICATE OF SERVICE**

I, Carolyn Davila, hereby certify that on February 11, 2008, I caused the following documents to be served upon the persons/entities listed on the attached service list via electronic mail and the ECF filing rules:

PLAINTIFF FRANCIS LEE SUMMERS III'S SUPPLEMENTAL MEMORANDUM OF LAW ON APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE CLASS


Jack Gerald Fruchter
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 1910
New York, NY 10119
212-279-5050
Fax: 212 279-3655
Email: JFruchter@FruchterTwersky.com

Samuel Howard Rudman
David Avi Rosenfeld
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@csgrr.com

Ralph M. Stone
Thomas George Ciarlone, Jr
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4340
Fax: (212) 239-4310
Email: rstone@lawssb.com
Email: tciarlone@lawssb.com

Arvind Khurana
Lori Gwen Feldman
Milberg Weiss Bershad & Schulman LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
(212) 631-8615
Fax: (212) 656-1222
Email: akhurana@milbergweiss.com
E-mail: lfeldman@milbergweiss.com

.

_____
Carolyn Davila

## SERVICE LIST

Lynda J. Grant, Esq.
**Cohen, Milstein, Hausfeld**
  **& Toll, P.L.L.C.**
150 East 52nd Street, Thirtieth Floor
New York, NY 10022
P: (212) 838-7797
lgrant@cmht.com

*Representing Carl Esposito, Anna Molin, and Barbara Boland*


Robert I. Harwood, Esq.
Samuel Kenneth Rosen, Esq.
**Harwood Feffer LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
P: (212) 935-7400
F: (212) 753-3630
rharwood@hfesq.com
srosen@hfesq.com

*Representing Christine Donlon*


Tyler L. Farmer, Esq.
Derek W. Loeser, Esq.
Erin M. Riley, Esq.
Lynn Lincoln Sarko, Esq.
**Keller Rohrback LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
P: (206) 623-1900
F: (206) 623-3384
tfarmer@kellerrohrback.com
dloeser@kellerrohrback.com
eriley@kellerrohrback.com
lsarko@kellerrohrback.com

*Representing Carl Esposito*

William Edward Bernarduci, Esq.
Robert A. Izard, Esq.
**Schatz Nobel Izard P.C.**
20 Church Street, Suite 1700
Hartford, CT 06103
P: (860) 493-6289
F: (860) 493-6290
wbernarduci@snlaw.net
rizard@snlaw.net

*Representing Sean Shaughnessey*


Katherine B. Bornstein, Esq.
Edward W. Ciolko, Esq.
Joseph H. Meltzer, Esq.
Joseph A. Weeden, Esq.
**Schiffrin, Barroway, Topaz**
  **& Kessler, LLP**
280 King of Prussia Road
Radnor, PA 19087
P: (610) 667-7706
F: (610) 667-7056
kbornstein@sbclasslaw.com
eciolko@sbclasslaw.com
jmeltzer@sbclasslaw.com
jweeden@sbclasslaw.com

*Representing Elizabeth Estey and Tara Moore*

Jay B. Kasner, Esq.
**Skadden, Arps Slate, Meagher
 & Flom LLP**
Four Times Square
New York, NY 10036
P: (212) 735-2628
F: (212) 777-2628
jkasner@skadden.com

*Representing Merrill Lynch & Co.*


Edwin J. Mills, Esq.
**Stull Stull & Brody**
6 East 45th Street, 5th Floor
New York, NY 10017
P: (212) 687-7230
F: (212) 490-2022
ssbny@aol.com

*Representing Gregory Yashgur*


Wai Kin Chan, Esq.
**Law Office of Curtis V. Trinko LLP**
16 West 46th Street, 7th Floor
New York, NY 10036
P: (212) 490-9550
F: (212) 986-0158
kchan@trinko.com

*Representing Elizabeth Estey*

-4-