UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY GIDARO, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>-v.-<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>**Defendants.** | Civil Action No.: 07-CV-10273 (LBS) |

[additional captions follow]

### NOTICE OF APPEARANCE

Ralph M. Stone
Thomas G. Ciarlone, Jr.
Amanda C. Scuder
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340

*Attorneys for the Plaintiff
and Proposed Interim Counsel for the Class*

| | |
|---|---|
| **FRANCIS LEE SUMMERS, III, individually and on behalf of all others similarly situated,**<br><br>    **Plaintiff,**<br><br>  **-v.-**<br><br>**MERRILL LYNCH & CO., INC., *ET AL.*,**<br><br>    **Defendants.** | **Civil Action No.: 07-CV-11615 (UA)** |
| **JAMES EASTMAN, individually and on behalf of all others similarly situated,**<br><br>    **Plaintiff,**<br><br>  **-v.-**<br><br>**MERRILL LYNCH & CO., INC., *ET AL.*,**<br><br>    **Defendants.** | **Civil Action No.: 08-CV-00058 (LBS)** |

  Thomas G. Ciarlone, Jr. hereby enters his appearance as counsel for Plaintiff/Movant Mary Gidaro in each of the above-captioned actions.

DATED:	February 11, 2008	Respectfully submitted,

SHALOV STONE BONNER & ROCCO LLP

By: /s/ Thomas G. Ciarlone_____
	Ralph M. Stone (rstone@lawssb.com)
	Thomas G. Ciarlone (tciarlone@lawssb.com)
	Amanda C. Scuder (ascuder@lawssb.com)

485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

*Attorneys for the Plaintiff and Proposed Interim Counsel for the Class*